UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 03CV11633-DPW

| | |
|---|---|
| JT GLOVER, III, pro se | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REPRESENTATIVES AFFILIATED | ) |
| WITH THE MASSACHUSETTS | ) |
| DEPARTMENT OF MENTAL | ) |
| RETARDATION-BOSTON | ) |
| MR. GERALD MORRISSEY | ) |
| MR. PETER MORIN | ) |
| MR. BENARD MURPHY | ) |
| MS. PAMELA NICHOLSON | ) |
| MR. LARRY TUMMINO, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants in the above-entitled matter.

THE DEFENDANTS,
By Their Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
Tel. No. (413) 784-1240 Ext. 105
Fax No. (413) 784-1244
BBO No. 618656

DATED: October 10, 2003.

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on October 10, 2003, I served a copy of the foregoing **Notice of Appearance** by First-Class Mail, postage prepaid, upon:

JT Glover, III
46 Quincy Street, #5
North Adams, MA 01247

_____
Timothy M. Jones

2