UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO. 03CV11633-DPW

JT GLOVER, III, pro se )
)
      Plaintiff, )
)
v. )
)
REPRESENTATIVES AFFILIATED )
WITH THE MASSACHUSETTS )
DEPARTMENT OF MENTAL )
RETARDATION-BOSTON )
MR. GERALD MORRISSEY )
MR. PETER MORIN )
MR. BENARD MURPHY )
MS. PAMELA NICHOLSON )
MR. LARRY TUMMINO, )
)
      Defendants. )
)

## DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Attorney General, on behalf of the defendants, submits this assented to motion to enlarge time to respond to plaintiff's complaint until and including December 19, 2003. In support of this motion, the defendants state the following:

1. The defendants were served with the summons and complaint on September 29, 2003, rendering their response due on October 19, 2003.

2. The undersigned Assistant Attorney General only recently received a copy of the complaint and needs additional time to investigate thoroughly the allegations and claims in the complaint.

3. Plaintiff's counsel assented to the above extension to respond to the complaint.

WHEREFORE, for the above reasons, the defendants request that this Court grant their assented to motion to enlarge time to respond to plaintiff's complaint until and including December 19, 2003.

                                            **THE DEFENDANTS,**

                                            By their attorney,

                                            **THOMAS F. REILLY**
                                            **ATTORNEY GENERAL**

                                          By: _____
                                            Timothy M. Jones
                                            Assistant Attorney General
                                            Western Massachusetts Division
                                            1350 Main Street, 4th Floor
                                            Springfield, MA 01103
                                            (413)784-1240 ext. 105
                                            (413)784-1244 - Fax
                                            BBO#618656

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on October 10, 2003, I served a copy of the foregoing **DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME RESPONSE TO PLAINTIFF'S COMPLAINT** by First-Class Mail, postage prepaid, on the following parties of record:

JT Glover, III
46 Quincy Street, #5
North Adams, MA 01247

                                            _____
                                            Timothy M. Jones