UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JT GLOVER, III, Pro Se,
    Plaintiff,

V.

CIVIL ACTION

NO. 03-11633-DPW

INDIVIDUALS AFFILIATED WITH THE
MASSACHUSETTS DEPARTMENT OF
MENTAL RETARDATION-BOSTON, ET AL.,
    Defendants.

**ORDER FOR TRANSFER TO THE U.S. DISTRICT COURT WESTERN SECTION**

WOODLOCK, District Judge

    In accordance with this Court's ruling on November 6, 2003 Allowing Plaintiff's Assented To Motion to Transfer Civil Action No: 03-11633-DPW From the US District Court Boston Division to The US District Court Springfield Division, it is hereby ORDERED that the above-entitled action be and hereby is TRANSFERRED to the Western Section (Springfield Division) of the United States District Court for the District of Massachusetts, in accordance with Local Rule 40.1, and the case shall be re-assigned to another judicial officer in the Springfield Division.[1]

BY THE COURT,

/s/ Rebecca Greenberg
Deputy Clerk

DATED: November 6, 2003

---

[1] The Plaintiff has a pending related action in the Springfield Division, C.A. 03-30213-KPN.