UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil Action No. 03CV11633 MAP
Title: J.T. Glover, III vs. Gerald Morrissey, et al.

## NOTICE

Please take notice that the above entitled civil matter has been reassigned to Judge _Michael A. Ponsor_ for all further proceedings. From this date forward the number on all pleadings should be followed by the initials _MAP_. In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number and initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

All pleadings shall be filed at United States District Court, Clerk's Office, 1550 Main St., Springfield, MA 01103.

Thank you for your cooperation in this matter.

                                              Tony Anastas

                                    By:  _Mary Finn_
                                              Deputy Clerk

Date: 11/13/2003


Copies to:    Counsel, Systems Administrator

(Transerr.ntc - 11/94)

[ntccsasgn.]