UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 03CV11633 MAP

| | |
|---|---|
| JT GLOVER, III, pro se | ) |
| Plaintiff, | ) |
| v. | ) |
| REPRESENTATIVES AFFILIATED WITH THE MASSACHUSETTS DEPARTMENT OF MENTAL RETARDATION-WESTERN MASS REGIONAL OFFICES: MR. GERALD MORRISSEY MR. PETER MORIN MR. BERNARD MURPHY MS. PAM NICHOLSON MR. LARRY TUMMINO | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

The Attorney General, on behalf of all defendants, submits this motion to dismiss or, alternatively, for summary judgment pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 56.

The defendants filed a supporting memorandum of law with this motion. For the reasons discussed in that memorandum, which are incorporated herein, this Court should allow this motion.

1

Wherefore, the defendants move this Court for an order dismissing all claims against them or entering summary judgment on those claims.

**THE DEFENDANTS**
By their attorney,
**THOMAS F. REILLY
ATTORNEY GENERAL**

By: _____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main St.
Springfield, MA 01103
(413)784-1240 (x 105)
Fax: 784-1244
BBO No. 618656
Dated: December 18, 2003

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on December 18, 2003, I served a copy of the foregoing **MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT** by First-Class Mail, postage prepaid, on the following parties of record:

JT Glover, III
46 Quincy Street, #5
North Adams, MA 01247

_____
Timothy M. Jones