UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 03CV11633 MAP

| | |
|---|---|
| JT GLOVER, III, pro se | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REPRESENTATIVES AFFILIATED | ) |
| WITH THE MASSACHUSETTS | ) |
| DEPARTMENT OF MENTAL | ) |
| RETARDATION-WESTERN MASS | ) |
| REGIONAL OFFICES: | ) |
| MR. GERALD MORRISSEY | ) |
| MR. PETER MORIN | ) |
| MR. BERNARD MURPHY | ) |
| MS. PAM NICHOLSON | ) |
| MR. LARRY TUMMINO | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' MOTION TO RECONSIDER ORDER FOR SCHEDULING CONFERENCE, JOINT STATEMENT, AND LR 16 CERTIFICATIONS

The Attorney General, on behalf of all defendants, submits this motion for the Court to reconsider its January 23, 2004 order setting a scheduling conference and requiring a joint statement and LR 16 certifications.

On January 23, 2004, this Court issued an order setting a scheduling conference for February 27, 2004 and requiring a LR 16 joint statement and certification. The Court should reconsider this order because a meritorious motion to dismiss remains pending. The Court's ruling on this motion could wholly or partially preclude the need for the scheduling conference

1

and joint statement, saving the defendants and their attorney from expending considerably limited resources.

Wherefore, the defendants request that this Court reconsider its order regarding the scheduling conference and joint statement, vacate such order, and render a decision on the pending motion to dismiss.

> THE DEFENDANTS
> By their attorney,
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> By: /s/ Timothy M. Jones
> Timothy M. Jones
> Assistant Attorney General
> Western Massachusetts Division
> 1350 Main St.
> Springfield, MA 01103
> (413)784-1240 (x 105)
> Fax: 784-1244
> BBO No. 618656
> Dated: January 26, 2004

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on January 26, 2004, I served a copy of the foregoing **MOTION TO RECONSIDER ORDER FOR SCHEDULING CONFERENCE, JOINT STATEMENT, AND LR 16 CERTIFICATIONS** by First-Class Mail, postage prepaid, on the following parties of record:

JT Glover, III
46 Quincy Street, #5
North Adams, MA 01247

/s/ Timothy M. Jones