AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

J.T. GLOVER, III

**NOTICE**

V.

GERALD MORRISSEY, et al.      CASE NUMBER:   03-11633-MAP

TYPE OF CASE:

☒ CIVIL            ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
|  | April 20, 2004, at 2:00 p.m. |

TYPE OF PROCEEDING

HEARING ON ALL PENDING MOTIONS

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 1, 2004                                /s/ Bethaney A. Healy

DATE                                         (BY) DEPUTY CLERK

TO: