UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JT GLOVER, III, <br><br> Plaintiff, <br><br> v. <br><br> GERALD MORRISSEY, PETER MORIN, BENARD MURPHY, PAMELA NICHOLSON and LARRY TUMMINO, <br><br> Defendants. | Civil Action No. 03-11633-MAP |
| JT GLOVER, III, <br><br> Plaintiff, <br><br> v. <br><br> HARRY COMERFORD, RICK HUNTINGTON, THERESA O'HARE, and STEVEN WILLIAMS <br><br> Defendants. | Civil Action No. 03-30213-MAP |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S WRITTEN OBJECTIONS TO MAGISTRATE NEIMAN'S REPORT

The Attorney General, on behalf of all defendants, submits this opposition to plaintiff's, written objections to Magistrate Neiman's Report and Recommendation with Regard to Defendants' Motion to Dismiss. In support, the defendants state the following:

The Plaintiff's objections raise no arguments that were not already heard and addressed by Magistrate Neiman. Thus, for all the reasons stated in the Defendants' Memoranda in Support of

the Motion to Dismiss and Magistrate Neiman's Report and Recommendation with Regard to Defendants' Motion to Dismiss, this Court should adopt Magistrate Neiman's Report and Recommendation.

**WHEREFORE**, the defendants request that this Court adopt in full Magistrate Neiman's Report and Recommendation with Regard to Defendants' Motion to Dismiss.

THE DEFENDANTS
By their attorney,
THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main St.
Springfield, MA 01103
(413)784-1240 (x 105)
Fax: 784-1244
BBO No. 618656
Dated: May 24, 2004

CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on May 24, 2004, I served a copy of the foregoing *Defendants' Opposition to Plaintiff's Written Objections to Magistrate Neiman's Report* by First-Class Mail, postage prepaid, on the following parties of record:

JT Glover, III
46 Quincy Street, #5
North Adams, MA 01247

_____
Timothy M. Jones