# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

J.T. GLOVER, III,

   Plaintiff(s)

v.                      CIVIL ACTION NO. 3: 03-11633-MAP

GERALD MORRISSEY, ET AL.,

   Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant's Gerald Morrissey, et al., against the plaintiff's J.T. Glover, III, pursuant to the court's memorandum and order entered this date, granting the defendants' motion to dismiss.

                                         TONY ANASTAS,
                                         CLERK OF COURT

Dated: September 28, 2004           By  /s/ *Maurice G. Lindsay*
                                                       Maurice G. Lindsay
                                                       Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                     [jgm.]