UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JT GLOVER, III,<br><br>Plaintiff,<br><br>v.<br><br>GERALD MORRISSEY, . PETER MORIN , BENARD MURPHY, PAMELA NICHOLSON and LARRY TUMMINO,<br><br>Defendants. | Civil Action No. 03-11633-MAP |
| JT GLOVER, III,<br><br>Plaintiff,<br><br>v.<br><br>HARRY COMERFORD, RICK HUNTINGTON, THERESA O'HARE, and STEVEN WILLIAMS<br><br>Defendants. | Civil Action No. 03-30213-MAP |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

The Attorney General, on behalf of all defendants, submits this opposition to plaintiff's motion for reconsideration of Judge Ponsor's review of Magistrate Neiman's Report and Recommendations with Regard to Defendants' Motion to Dismiss. In support, the defendants state the following:

The defendants oppose the plaintiff's motion for reconsideration for all of the reasons argued to the Court in support of the defendants' motion to dismiss. The plaintiff has not presented this Court with any new arguments.

**WHEREFORE**, the defendants request that this Court deny the plaintiff's motion for reconsideration.

THE DEFENDANTS
By their attorney,
THOMAS F. REILLY
ATTORNEY GENERAL

By: /s/ Timothy M. Jones    10/19/04
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main St.
Springfield, MA 01103
(413)784-1240 (x 105)
Fax: 784-1244
BBO No. 618656
Dated: October 19, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by first class mail on October 19, 2004.

/s/ Timothy M. Jones, AAG